[No. 13862-3-III.   Division Three.   April 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL
M. BARAJAS, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 93-1-01831-8, Michael W. Leavitt, J.,
entered January 21, 1994. *Reversed* by unpublished
opinion per Sweeney, C.J., concurred in by Munson and
Thompson, JJ.


[No. 14160-8-III.   Division Three.   April 9, 1996.]

MOUNTAIN VIEW ESTATES MASTER ASSOCIATION,
*Respondent*, v. MCATEE HOMES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 92-2-03902-2, Robert D. Austin, J.,
entered June 8, 1994. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Sweeney, C.J., and Schul-
theis, J.


[No. 14377-5-III.   Division Three.   April 9, 1996.]

DOUGLAS W. CLIFFORD, *Appellant*, v. THE DISTRICT
COURT OF GRANT COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant
County, No. 94-2-00662-9, Evan E. Sperline, J., entered
August 22, 1994. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Sweeney, C.J., and Schul-
theis, J.


[No. 13887-9-III.   Division Three.   April 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
HENRY MCNEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 93-1-00221-1, Michael E. Cooper, J.,
entered February 14, 1994. *Affirmed in part* and *reversed
in part* by unpublished opinion per Sweeney, C.J., con-
curred in by Munson and Thompson, JJ.